# RCC Services, LLC

May 15 2014

# Written Request for a Hearing

Re: **Defendant "RCC Services"**
Case #: 3:13-CV-670-REP

This is our formal request for hearing to the court for filing.:

.

Sincerely,





RECEIVED
MAY 19 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Kevin Welsch
President of Collections
Phone: 1 (888) 267-9897
Fax: 800-518-0658

cc:Jason M Krumbein,